```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
```
------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 5:97-cr-00090 |
| Plaintiff, : | |
| : | |
| vs. : | OPINION & ORDER |
| : | [Resolving Doc. 141] |
| ALEXANDER YAROMICH, : | |
| : | |
| : | |
| Defendant. : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Alexander Yaromich filed a motion for a sentence reduction under the compassionate-release statute.[1] The Government moves to hold Yaromich's compassionate-release motion in abeyance until the Sixth Circuit releases its *en banc* opinion in *United States v. McCall*.[2] Because *McCall* will guide the Court's analysis, the Court **GRANTS** the Government's motion.

In 1997, a jury convicted Yaromich of firearms and bank-robbery charges.[3] The Court sentenced Yaromich to 610 months' incarceration.[4]

Yaromich argues that statutory-minimum sentencing requirements, that Congress has since modified, make his 1997 sentence significantly harsher than one he would receive for the same charges today.[5] He further argues that this nonretroactive sentencing-law change creates an extraordinary and compelling reason to reduce his sentence.[6]

The Court has recently ordered other defendants' compassionate-release motions held

---

[1] Doc. 136; 18 U.S.C. § 3582(c)(1)(A)(ii). Yaromich's counsel supplemented his pro se motion. Doc. 140.
[2] Doc. 141.
[3] Doc. 62.
[4] Doc. 91.
[5] Doc. 140 at 4 (PageID 214).
[6] *Id.*

Case No. 1:97-cr-00090
Gwin, J.

in abeyance pending the *en banc McCall* decision.[7] As the Court has explained, the Sixth Circuit's ruling will clarify conflicting panel decisions about how nonretroactive sentencing-law changes affect compassionate-release motions.[8]

So, the Court **GRANTS** the Government's motion to hold Yaromich's compassionate-release motion in abeyance until after the Sixth Circuit issues its *en banc* decision in *United States v. McCall*. The Court directs the parties to advise the Court of any Sixth Circuit *McCall* decision within five days of the filing of any Sixth Circuit opinion.

IT IS SO ORDERED

Dated: November 1, 2022
                                          s/      James S. Gwin
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE

---

[7] *E.g.*, 1:14-cr-00214, Docs. 1338, 1345.
[8] *See id.*