UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 5:97-cr-00090 |
| Plaintiff, : | |
| : | |
| vs. : | ORDER |
| : | |
| ALEXANDER YAROMICH, : | |
| : | |
| : | |
| Defendant. : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Alexander Yaromich moved for a sentence reduction under the compassionate-release statute.[1] Yaromich's motion argued, in part, that a nonretroactive sentencing-law change presented an extraordinary and compelling reason for relief.[2]

When Yaromich filed his motion, the Sixth Circuit had issued conflicting decisions about whether district courts could consider nonretroactive sentencing-law changes when deciding compassionate-release motions.[3] But the en banc Sixth Circuit appeared ready to resolve the intracircuit split in *United States v. McCall*.[4]

On November 1, 2022, the Court granted the Government's motion to hold Yaromich's motion in abeyance pending the Sixth Circuit's *McCall* decision.[5]

On December 22, 2022, the Sixth Circuit issued its *McCall* decision.[6] The en banc court held that nonretroactive sentencing-law changes do not provide extraordinary and

---

[1] Doc. 136; 18 U.S.C. § 3582(c)(1)(A)(ii). Yaromich's counsel supplemented his pro se motion. Doc. 140.
[2] Doc. 140 at 4 (PageID 214).
[3] *See United States v. McCall*, 21-3400, 2022 WL 17843865, at *2 (6th Cir. Dec. 22, 2022) (describing the split).
[4] *United States v. McCall*, 29 F.4th 816 (6th Cir. 2022) (mem.) (granting rehearing en banc).
[5] Doc. 142.
[6] *McCall*, 2022 WL 17843865 (6th Cir. Dec. 22, 2022).

Case No. 1:97-cr-00090
Gwin, J.

compelling reasons to grant compassionate release.[7]

Now, the Court **LIFTS THE STAY** on Yaromich's motion and **ORDERS** the Government to respond to Yaromich's motion within 21 days of this order. The Court further **ORDERS** Yaromich to file any reply within 14 days of the Government's response.

IT IS SO ORDERED

Dated: December 27, 2022          *s/   James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[7] *McCall*, 2022 WL 17843865, at *5–11 (6th Cir. Dec. 22, 2022)